# UNITED STATES DISTICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| MADELINE MALDONADO, ET. ALS, <br><br> Plaintiffs, <br><br> Vs. <br><br> MUNICIPALITY OF BARCELONETA, ET. ALS. <br><br> Defendants. | Civ. No. 07-1992 (JAG-JA) <br><br> DEMAND FOR JURY TRIAL |

## MOTION FOR DISBURSMENT OF COSTS AND ATTORNEY FEES

**TO THE HONORABLE COURT:**

**NOW INTO THIS COURT**, come the Plaintiffs represented by their respective counsel and requests as follows:

1. On July 30, 2012, the Court entered an order awarding costs and attorney's fees. See, docket 458, 459.

2. On September 13, 2012, Defendants deposited in the Clerk's office Plaintiffs received notification from the Clerk's office that Defendants had deposited $181,960.05 (check number 077445). Docket 470.

3. Plaintiffs, respectfully request that the Clerk issue checks as follows:

   a) Pedro R. Vazquez:      $ 106, 176.00   > attorney fees
   **Payable to:** Pedro R. Vazquez

   b) Maria S. Kortright:      $ 64, 552.50     > attorney fees
   **Payable to: M.S. Kortirght Soler Law Office, P.S.C.**

   c) Jose F. Quetglas:      $ 5,165.00     > attorney fees
   **Payable to:** Pedro R. Vazquez

   d) Costs:      $ 6, 066.55.
   **Payable to: M.S. Kortirght Soler Law Office, P.S.C**

1

4.  In the event that there is any accumulated interest we request for the amount to be distributed equally among the three payees.

WHEREFORE, the Plaintiff respectfully requests that the Court Grant this motion and order the disbursement of moneys deposited in the Court.

In San Juan, PR, on this 19th day of September 2012.

RESPECTFULLY SUBMITTED

*s/Pedro R. Vazquez*
Pedro R. Vázquez
USDC No. 216311
PMB No. 153
Esmeralda Ave, Suite 2
Guaynabo, PR 00969-4457
(787) 925-4669
prvazquez@hotmail.com
prvazquez3@gmail.com

**S/ MARÍA S. KORTRIGHT SOLER**
USDC PR No. 127310
P.O. Box 360156
San Juan, Puerto Rico 00936-0156
Tel.: (787) 756-8571

**S/JOSE F. QUETGLAS JORDAN**
USDC-PR NO. 203411
PO Box 16606
San Juan PR, 00908-6606
Tel: (787) 722-0635
Email: jfquetglas@gmail.com